

No. 92–7012. LAMBERT v. MISSISSIPPI DEPARTMENT OF COR-RECTIONS. C. A. 5th Cir. Certiorari denied. 

No. 92–7067. GREEN v. TEXAS. Ct. Crim. App. Tex. Certiorari denied. 

No. 92–7218. SMITH v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 92–7315. LATTIMORE v. UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 92–7334. MCQUEEN v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 92–7483. ARNOLD v. RESOLUTION TRUST CORPORATION. C. A. 8th Cir. Certiorari denied. 

No. 92–7540. DENTON v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 92–7541. BROWN v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 92–7542. CORNELL v. NIX, WARDEN. C. A. 8th Cir. Certiorari denied. 

No. 92–7543. SMITH v. STAINER, WARDEN. C. A. 9th Cir. Certiorari denied. 

No. 92–7544. BREVELL v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 92–7547. WILSON v. CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 92–7556. HARRIS v. IEYOUB, ATTORNEY GENERAL OF LOUISIANA, ET AL. C. A. 5th Cir. Certiorari denied. 

No. 92–7563. HEIMBAUGH v. CITY AND COUNTY OF SAN FRANCISCO ET AL. (two cases). C. A. 9th Cir. Certiorari denied. 
